IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHYL R. BRINKLEY and**                                         **PLAINTIFFS**
**DEBORAH L. BRINKLEY**

v.                  **CASE NO. 4:22-CV-00945-BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE